AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 09CR0710-004-JLS |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| ARCADIO NIETO | (COMPASSIONATE RELEASE) |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 619), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS HEREBY ORDERED that the motion is DENIED after complete review of the motion on the merits.

FACTORS CONSIDERED:

The Court finds that Defendant has failed to establish that his current medical condition presents an extraordinary and compelling basis for relief under Section 3582(c)(1)(A)(i). Defendant contends that his age of 43 years, his obesity, and his Hepatitis C diagnosis warrant relief. However, Defendant's age does not place him at particular risk of severe consequences from COVID-19. Defendant's height and weight place him at a BMI nearing 30, which the CDC lists as a condition which *might* increase the risk for severe illness from the COVID-19 virus.[1] Most courts have determined that this is insufficient to warrant compassionate release. *See, e.g.,*

---

[1] CDC, Centers for Disease Control and Prevention, People with Certain Medical Conditions, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html (last accessed February 18, 2021).

*United States v. Valdovinos*, Case No. 18-cr-0497-SI-03, 2020 WL 7711363 *3 (D. Or. Dec. 29, 2020) (recognizing that BMI in "overweight" category is insufficient to support a motion for compassionate release); *United States v. Robinson,* Case No. 3:15-cr-00080-RCJ, 2020 WL 7321066 (D. Nev. Dec. 11, 2020) (denying compassionate release to 42-year old with BMI of 29.2, hyperlipidemia, and major depressive and anxiety disorders).

Similarly, the CDC indicates that Hepatitis C is a condition that "might" present an increased risk for severe illness from the COVID-19 virus, and that "people might be more likely to have severe disease if their medical conditions are not well controlled."[2] In this case, it appears that Defendant's Hepatitis C, which appears to have been first diagnosed in 2003, is being monitored and controlled. Defendant's medical records indicate that he is relatively healthy and is receiving adequate treatment and care for his conditions. Under these circumstances, the Court is not persuaded that Defendant's medical condition constitutes and extraordinary and compelling basis for compassionate release.

Furthermore, the Court is not persuaded that Defendant no longer presents a danger to the community. Defendant's lengthy criminal history includes crimes of violence and firearms possession and the racketeering conspiracy for which Defendant, a member of the Mexican Mafia Prison Gang, is currently incarcerated was violent and serious, involving two kidnappings. This history is compounded by Defendant's lengthy disciplinary history while incarcerated. Agaist this background, the Court is not persuaded that the safety of the community can be reasonably assured were Defendant to be released.

---

[2] CDC, Centers for Disease Control and Prevention, What to Know About Liver disease and COVID-19, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/liver-disease.html (last accessed February 18, 2021).

Accordingly, Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i) is DENIED.

IT IS SO ORDERED.

Dated:  February 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge